IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHELLIE WOODS (1),
TERRELL MABRY (2), and
DION GULLATTE (3),

    Defendant.

Case No. 3:14-cr-096 (1-3)

JUDGE WALTER H. RICE

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | **7/14/2014** |
| Jury Trial Date | **8/25/2014 (paper date)** |
| Final Pretrial Conference (by telephone) | **Monday, 8/18/2014 at 5:00 pm** |
| Motion Filing Deadline<br>    Oral and Evidentiary Motions | **8/11/2014** |
| Other Motions | **8/11/2014** |
| Discovery Cut-off | **8/11/2014** |
| Speedy Trial Deadline | **9/5/2014** |
| Further Status Conference | **Wednesday, 8/6/2014 at 3:00 pm** |

*/s/ Walter H. Rice*

July 15, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

**WHR:jdf**